MAX W. FEDERBUSH v. JANNELLE COWLEY, INC., and Others.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAPITAL REALTORS, INC., v. HARRY K. BARR.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN CALCATERRA v. CREDITO ITALIANO.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY v. GEERY, GUTHRIE & Co., INC.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS T. ROGERS v. LOUIS L. BEAUDRY.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX MUNCHICK and ISIDORE MUNCHICK v. CANADIAN PACIFIC RAILWAY COMPANY.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN MORROW v. WILLIAM KENNELLY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THORMOD JULLUM v. SECOND RUSSIAN INSURANCE COMPANY. ALBERT MASSEY. — Motion granted. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

HAMBURG INSURANCE COMPANY v. SECOND RUSSIAN INSURANCE COMPANY. ALBERT MASSEY.— Motion granted. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of JOHN R. SLATTERY, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THORMOD JULLUM v. SECOND RUSSIAN INSURANCE COMPANY. ALBERT MASSEY.— Motion granted. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

HAMBURG INSURANCE COMPANY v. SECOND RUSSIAN INSURANCE COMPANY. ALBERT MASSEY.— Motion granted. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of the Application of MYLES REALTY COMPANY for an Order Directing Arbitration between Petitioner and VINCENT VERRATTI.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FREDERIC B. PRATT and Others v. MARY BABBOTT LADD and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERIC B. PRATT and Others v. MARY BABBOTT LADD and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANSFIELD HANDVILL v. W. HEYWARD DRAYTON, 3d, and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN I. SAPINKOPF v. CUNARD STEAM SHIP COMPANY, L. P. H. KEAHON, INC.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOLDEN STATE FRUIT DISTRIBUTORS, INC., v. TONY SHAMBRO.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DORA MUELLER v. WALTER C. LOUCHHEIM and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.